AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

WESLEY D. RICH

*Plaintiff(s)*

v.   Civil Action No. 6:18-cv-906

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nancy Berryhill
Acting Commissioner of Social Security
Office of the Regional Chief Counsel, Region X
701 Fifth Avenue Suite 2900  M/S 221A
Seattle, WA 98104-7075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Hittle
Attorney at Law
3040 Commercial Street SE #200
Salem, OR 97302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*